**Entered on Docket
November 12, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 11-10-10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-S-10-18555-BAM<br>Chapter 13 |
|---|---|
| LEONIDA B. CALALAY, | **ORDER OF DISMISSAL** |
| Debtor(s). | Hearing Date: November 9, 2010<br>Hearing Time: 2:30 P.M. |

An Order to Show Cause came on for hearing in the above-entitled Court on November 9, 2010, at 2:30 p.m. with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

…

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the instant Chapter 13 Case is hereby Dismissed pursuant to the Order to Show Cause hearing that took place on November 9, 2010.

IT IS SO ORDERED.

Submitted by:

*/s/ Marianne Gatti*                                    Date: 11-10-10

Marianne Gatti, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ___The court has waived the requirement set forth in LR 9021(b)(1).

    _X_ No party appeared at the hearing or filed an objection to the motion.

    ___I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    ___I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###